IDT CORPORATION, Respondent, v MORGAN STANLEY DEAN WITTER & Co. et al., Appellants.

Submitted June 30, 2008; decided September 4, 2008

Motion to dismiss appeal denied.

In the Matter of DARYLL BOYD JONES, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Respondent.

Submitted July 14, 2008; decided September 4, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

JOSEPH KASSIS et al., Appellants, v THE OHIO CASUALTY INSURANCE COMPANY, Respondent.

Submitted September 2, 2008; decided September 4, 2008

Motion by Siller Wilk LLP for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of GILBERT LAU, Appellant, v LUCINDO SUAREZ et al., Respondents.

Submitted July 28, 2008; decided September 4, 2008

Motion for reargument denied [*see* 10 NY3d 714 (2008)]. Motion for poor person relief dismissed as academic.